**STATE of Missouri, Respondent,**

v.

**Larry J. MITCHELL, Appellant.**

**Larry J. MITCHELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. WD 43659, WD 45058.

Missouri Court of Appeals, Western District.

Aug. 11, 1992.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and BRECKENRIDGE and HANNA, JJ.

 

ORDER

PER CURIAM:

Consolidated appeal from a conviction of the sale of cocaine, § 195.020, RSMo 1986, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 30.25(b) and 84.16(b).